STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Burton Enoch Cestia  Jr.
Burton & Cestia
P. O. Box 10337
New Iberia LA 70562-0337

**REHEARING ACTION: March 7, 2012**

**Docket Number: 11   01130-CA**

**MARION E. BOURGEOIS, ET AL.**
**VERSUS**
**LINDEN INTEREST**

**Appealed from Iberia Parish Case No. 115410-E**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. John D. Saunders**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Linden Interest** has this day been

    **DENIED.**

cc: Stephen Francis Mestayer, Counsel for the Appellant